IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARTEMUS LONDON,                                              No. 12-30204-DRH

Defendant.

### ORDER

**HERNDON, Chief Judge:**

Pending before the Court is defendant's motion to travel. Specifically, defendant would like to travel from Chicago, Illinois to Alton and Madison, Illinois on May 24, 2013 for his son's high school graduation and return to Chicago, Illinois on May 25, 2013. Neither the government nor probation objects to the motion. Thus, the Court **GRANTS** the motion. Defendant shall notify his probation officer by telephone upon arriving in Alton, Illinois on May 24, 2013 and upon his return to Chicago, Illinois on May 25, 2013.

**IT IS SO ORDERED.**

Signed this 2nd day of May, 2013.

Digitally signed by
David R. Herndon
Date: 2013.05.02
16:27:22 -05'00'

Chief Judge
United States District Court