## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

**United States of America,**

        **Plaintiff,**    Case No. 3:12CR30204-001-DRH

   v.

**Cartemus London,**

        **Defendant,**

====================================

**Manpower,**

        **Garnishee.**

## ORDER

Upon motion of the United States of America **(Doc 38)**, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby **ORDERED** the Garnishment in this cause be and the same is hereby **DISMISSED.**

   **IT IS SO ORDERED**.

**DATED: December 1, 2014**     *David R. Herndon*  Digitally signed by David R. Herndon
Date: 2014.12.01 12:58:25 -06'00'

                                                **United States District Court**